21-2550

Shelby County

-v-

Gov. Bill Lee

SHERYL H. LIPMAN

Annie T. Christoff