AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| SHELBY COUNTY, TENNESSEE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-02550 |
| Governor Bill Lee in his official capacity as Governor | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Shelby County, Tennessee.

Date: 08/27/2021

s/Nathan A. Bicks
*Attorney's signature*

Nathan A. Bicks (#10903)
*Printed name and bar number*

Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
*Address*

nbicks@bpjlaw.com
*E-mail address*

(901) 524-5000
*Telephone number*

(901) 524-5024
*FAX number*