AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| SHELBY COUNTY, TENNESSEE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:21-cv-02550 |
| Governor Bill Lee in his official capacity as Governor | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Shelby County, Tennessee                                                                        .

Date:    08/27/2021

s/Sarah E. Stuart
*Attorney's signature*

Sarah E. Stuart (#35329)
*Printed name and bar number*

Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
*Address*

sstuart@bpjlaw.com
*E-mail address*

(901) 524-5000
*Telephone number*

(901) 524-5024
*FAX number*