AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Shelby County, Tennessee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-02550-SHL-atc |
| Governor Bill Lee, in his official capacity | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Governor Bill Lee, in his official capacity as Governor of the State of Tennessee   .

Date:   08/27/2021

s/James R. Newsom III
*Attorney's signature*

James R. Newsom III (TN BPR No. 6683)
*Printed name and bar number*
40 South Main Street
Suite 1014, One Commerce Square
Memphis, Tennessee 38103-1877

*Address*

jim.newsom@ag.tn.gov
*E-mail address*

(901) 543-2473
*Telephone number*

(901) 543-9025
*FAX number*