AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| Shelby County, Tennessee ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:21-cv-02550-SHL-atc |
| Governor Bill Lee, in his official capacity ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Governor Bill Lee, in his official capacity as Governor of the State of Tennessee                    .

Date:    08/27/2021                                                    s/ Robert W. Wilson
                                                                                *Attorney's signature*

                                                         Robert W. Wilson (TN BPR No. 34492)
                                                                *Printed name and bar number*

                                                                    40 South Main Street
                                                             Suite 1014, One Commerce Square
                                                               Memphis, Tennessee 38103-1877
                                                                           *Address*

                                                                   robert.wilson@ag.tn.gov
                                                                        *E-mail address*

                                                                        (901) 543-9031
                                                                      *Telephone number*

                                                                        (901) 543-9025
                                                                         *FAX number*