AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| Shelby County, Tennessee | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-02550-SHL-atc |
| Governor Bill Lee, in his official capacity | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Governor Bill Lee, in his official capacity as Governor of the State of Tennessee                          .

Date:     08/27/2021

s/ Matthew Dowty
*Attorney's signature*

Matthew Dowty (TN BPR No. 32078)
*Printed name and bar number*

One Commerce Square
40 S. Main Street, Suite 1014
Memphis, TN 38103-1877
*Address*

matthew.dowty@ag.tn.gov
*E-mail address*

(901) 543-9040
*Telephone number*

(901) 543-9025
*FAX number*