UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Sheryl H. Lipman, United States District Judge

August 27, 2021

RE:   **2:21-cv-02550-SHL**
      **Shelby County, TN v Governor Bill Lee**

Dear Sir/Madam:

A **HEARING** on the Motion for Temporary Restraining Order  has been **SET** before **Judge Sheryl H. Lipman** for **Monday, August 30, 2020 a**t **11:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**Plaintiff's Counsel is directed to notify the defendant/defendant's counsel of hearing.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/ Sandra McClain*,
      Courtroom Deputy to Judge Sheryl H. Lipman
      901-495-1317
      sandra_mcclain@tnwd.uscourts.gov