IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELBY COUNTY, TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNOR BILL LEE, in his official Capacity as GOVERNOR OF THE STATE OF TENNESSEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:21-cv-02550-SHL-atc<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is Plaintiff Shelby County, Tennessee's ("Shelby County") Motion for Leave to File Excess Pages, filed on September 15, 2021. (ECF No. 33.)  The Local Rules provide that reply memoranda for motions shall not exceed five (5) pages in length without prior court approval.  L.R. 7.2(e).  Plaintiff requests leave to exceed the page limit in its Reply in Support of its Motion for Preliminary Injunction (ECF No. 23) by filing a brief not to exceed twenty (20) pages.  In support of its Motion, Plaintiff states that Governor Lee's Response "challenges both Shelby County's Article III standing and the plausibility of its claims," which raises issues similar to what would be raised in a dispositive motion under Federal Rule of Civil Procedure 12(b).  Plaintiff argues that, because Plaintiff would have twenty (20) pages to rebut such issues in a dispositive motion, it requests the same limitation on its Reply brief "to adequately and fully respond to the facial challenges to its claims."  Defendant does not oppose the Motion.

Finding good cause, the Court **GRANTS** this motion.  Plaintiff may file a response in excess of five (5) pages but may not exceed twenty (20) pages.

2

**IT IS SO ORDERED,** this 15th day of September, 2021.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
UNITED STATES DISTRICT JUDGE

2