IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SHELBY COUNTY, TENNESSEE

    Plaintiffs,

v.

GOVERNOR BILL LEE, in his official
Capacity as GOVERNOR OF THE STATE
OF TENNESSEE,

    Defendant.

Case No. 2:21-cv-02550-SHL-atc

---

**PLAINTIFF SHELBY COUNTY, TENNESSEE'S
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

---

Comes now Plaintiff Shelby County, Tennessee, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and states that it voluntarily dismisses all claims against Governor Bill Lee, in his official capacity as Governor of the State of Tennessee, without prejudice.

Respectfully submitted,

BURCH, PORTER AND JOHNSON, PLLC

s/Tannera George Gibson
NATHAN A. BICKS (BPR #10903)
TANNERA GEORGE GIBSON (BPR #27779)
CHARLES SILVESTRI HIGGINS (BPR #30184)
SARAH E. STUART (BPR #35329)
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000
Email:  nbicks@bpjlaw.com
tgibson@bpjlaw.com
chiggins@bpjlaw.com
sstuart@bpjlaw.com

*and*

MARLINEE C. IVERSON (BPR #18591)
SHELBY COUNTY ATTORNEY
E. LEE WHITWELL (BPR #33622)
ASSISTANT COUNTY ATTORNEY
160 North Main Street, Suite 950
Memphis, TN 38103
Telephone: (901) 222-2100
Email: marlinee.iverson@shelbycountytn.gov
         lee.whitwell@shelbycountytn.gov

*Counsel for Plaintiff Shelby County, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case.

s/Tannera George Gibson
Tannera George Gibson