IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELBY COUNTY, TENNESSEE, ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNOR BILL LEE, in his official ) <br> capacity as GOVERNOR OF THE STATE ) <br> OF TENNESSEE, ) <br>    Defendant. ) | No. 2:21-cv-02550-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Shelby County, Tennessee's Complaint, (ECF No. 1), filed August 26, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 53) filed November 15, 2021, all claims by Plaintiff against Defendant Governor Bill Lee are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

November 30, 2021
Date